# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE:    NOON, DARRELL A
          NOON, ANNETTE

                                            CHAPTER 7
                                            BKY CASE NO. 10-44504

          Debtors.

# ORDER

At Minneapolis, Minnesota on __October 20__, 2010.

This Chapter 7 case came before the Court for Hearing on the Trustee's motion to dismiss this case for failure of the Debtors to appear at the Section 341 Meeting of Creditors. Based on the record before the Court,

**IT IS HEREBY ORDERED:**

That this case is dismissed, pursuant to 11 U.S.C. § 707(a)(1).

/e/ Nancy C. Dreher
_____
Nancy C. Dreher
CHIEF UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/20/2010*
Lori Vosejpka, Clerk, by KK

Notice of Hearing and Motion for            5
Dismissal of Bankruptcy Proceeding